

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2022

No. 04-21-00094-CV

**CITY OF EAGLE PASS**,
Appellant

v.

Isabel Velasquez **PEREZ**, individually and a/n/f of Vanessa Velasquez, minor,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35130-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

On January 26, 2022, we issued a memorandum opinion in this case affirming the trial court's order in part and reversing the trial court's order in part. On March 14, 2022, appellant filed a petition for review in the Texas Supreme Court. On May 31, 2022, the parties filed a "Joint Motion Pursuant to Texas Rule of Appellate Procedure 56.3" in the Texas Supreme Court, stating that the parties reached a settlement and requesting that the Texas Supreme Court grant the pending petition for review, set aside the judgment of the court of appeals and trial court, and remand the case to the court of appeals for disposition consistent with the parties' settlement agreement.

On June 17, 2022, the Texas Supreme Court granted the parties' joint motion, and ordered that: the petition for review is granted; without hearing oral argument or considering the merits, the judgments of the court of appeals and the trial court are vacated; the case is remanded to the court of appeals for disposition consistent with the parties' settlement agreement; the parties shall bear their own costs incurred in the court; and the mandate shall issue immediately. The mandate then issued on July 12, 2022.

We do not have the information necessary to render a "disposition consistent with the parties' settlement agreement." *See* TEX. R. APP. P. 43.2 (listing types of judgments court of

appeals may render). Therefore, we **ORDER** the parties to file an advisory providing the information necessary for us to comply with the Texas Supreme Court's mandate within **10 days** of the date of this order.

It is so **ORDERED** August 8, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT